Núm. 8516.—GARCÍA, apldo., *v.* SALDAÑA, aplte.—C. D. San Juan. Marzo 25, 1942.

Visto el allanamiento del Fiscal y atendidas las circunstancias concurrentes se declara con lugar la moción de desestimación y por tanto se desestima el recurso de apelación establecido en este caso por el Pueblo de Puerto Rico contra sentencia dictada por la Corte

de Distrito de San Juan, con fecha diciembre 29, 1941; y en su consecuencia se deja sin efecto el señalamiento de la moción cuya vista había sido fijada para el día 13 de abril próximo.